# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00123-CV

**Blayne Williams, Appellant**

**v.**

**City of Austin, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-12-003127, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Blayne Williams's brief was due on April 25, 2014, but this Court granted Williams's motion to extend time to file brief until June 24, 2014. On July 1, 2014, the Clerk of this Court sent notice to Williams that appellant's brief was due on June 24, 2014, and that it was overdue. The Clerk requested a response by July 11, 2014, and notified Williams that the appeal would be dismissed for want of prosecution if Williams did not respond to this Court by that date. Williams has not filed his brief or otherwise responded. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Prosecution

Filed:   August 7, 2014